UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

LOWER CAMERON HOSPITAL SERVICE   CASE NO.  2:22-CV-05433
DISTRICT ET AL

VERSUS                                                    JUDGE JAMES D. CAIN, JR.

INDEPENDENT SPECIALTY                  MAGISTRATE JUDGE LEBLANC
INSURANCE CO ET AL

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion for Partial Summary Judgment [doc. 52] be **GRANTED** and that declaratory judgment be entered for defendants to the effect that plaintiffs' recovery is limited by the policy limits after deducting the percentage of any and all amounts attributable to the amounts subscribed to under the Policy by the foreign insurers (32%), Certain Underwriters at Lloyd's, London (Consortium #9226), including any alleged bad faith attributable to them for purposes of any prior payments and/or alleged payments still owed, which represents that portion of liability attributable to the foreign insurers' percentage of the risk under the Policy.

THUS DONE AND SIGNED in Chambers on the 11th day of June, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE